AO 132 (Rev. 12/03) Exemplification Certificate

# UNITED STATES DISTRICT COURT

Southern District of Florida

### EXEMPLIFICATION CERTIFICATE

I, __Angela E. Noble__, Clerk of this United States District Court, keeper of the records and seal, certify that the attached documents:

Case Number: 0:23CV62305
Docket Entry: 42

are true copies of records of this Court.

In testimony whereof I sign my name and affix the seal of this Court, in this District, at __Miami__ on __6/5/2024__

*City* — Angela E. Noble
*Clerk*

*(By) Deputy Clerk*

I, __Cecilia M. Altonaga__, a Judicial Officer of this Court, certify that __Angela E. Noble__, named above, is and was on the date noted, Clerk of this Court, duly appointed and sworn, and keeper of the records and seal, and that this certificate, and the attestation of the record, are in accordance with the laws of the United States.

__June 14, 2024__
*Date*

*Signature of Judge*

__U.S. District Judge__
*Title*

I, __Angela E. Noble__, Clerk of this United States District Court, keeper of the seal, certify that the Honorable __Cecilia M. Altonaga__, *Judge*, named above, is and was on the date noted a Judicial Officer of this Court, duly appointed, sworn and qualified, and that I am well acquainted with the Judge's official signature and know and certify the above signature to be that of the Judge.

In testimony whereof I sign my name, and affix the seal of this Court at __Miami__ in this State, on __6/5/2024__

*City* — Angela E. Noble
*Clerk*

*(By) Deputy Clerk*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-62305-CIV-ALTONAGA

AMERICAN GLOBAL EXPORTERS LLC,

    Plaintiff,

v.

BUCKEYE BARREL BROTHERS LLC, *et al.*,

    Defendants.
_____/

### SECOND AMENDED FINAL JUDGMENT[1]

**THIS CAUSE** came before the Court on Plaintiff, American Global Exporters LLC's Motion to Correct Amended Final Judgment [ECF No. 41], filed on April 2, 2024. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 41]** is **GRANTED**. The Amended Final Judgment **[ECF No. 40]** is **SET ASIDE**. Pursuant to Federal Rule of Civil Procedure 55(b)(2), default judgment is entered in favor of Plaintiff American Global Exporters LLC against Defendant Buckeye Barrel Brothers LLC on Counts I through V of Plaintiff's Complaint **[ECF No. 1]** and against Defendant Jason Green on Count V of Plaintiff's Complaint, jointly and severally, in the amount of **$410,250.00**, for which sum let execution issue. This final judgment shall bear post-judgment interest at the rate prescribed by 28 U.S.C. section 1961. All other claims against Defendants are **DISMISSED**.

**DONE AND ORDERED** in Miami, Florida, this 2nd day of April, 2024.

                                                   *Cecilia M. Altonaga*
                                                 CECILIA M. ALTONAGA
                                                 CHIEF UNITED STATES DISTRICT JUDGE

cc:    counsel of record

___

[1] The Amended Final Judgment [ECF No. 40] is amended to correct a clerical error.

*Certified to be a true and correct copy of the document on file*
*Angela E. Noble, Clerk,*
*U.S. District Court*
*Southern District of Florida*
By _____ Deputy Clerk
Date 6-5-2024